UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
COOPER MOORE and ANDREW GILLETTE,                   :
                                                    :
                                    Movants,        :
                                                    :            23 Mc. 76 (JPC)
                    -v-                              :
                                                    :            ORDER
ROBINHOOD FINANCIAL, LLC,                            :
                                                    :
                                    Respondent.     :
                                                    :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Movant shall serve Respondent with a copy of its motion to quash, and file proof of such

service on the docket no later than March 31, 2023.  The Court will hold a conference to decide

the Motion on April 24, 2023, at 12:00 p.m. EST via telephone.  At the scheduled time, counsel

for all parties should call (866) 434-5369, access code 9176261.  Respondent shall file an

opposition brief by April 14, 2023.

       SO ORDERED.

Dated: March 23, 2023
       New York, New York                          _____
                                                           JOHN P. CRONAN
                                                       United States District Judge4