```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
COOPER MOORE et al.,                                :
                                                    :
                      Movants,                      :
                                                    :        23 Misc. 76 (JPC)
         -v-                                        :
                                                    :        ORDER
ROBINHOOD FINANCIAL, LLC,                           :
                                                    :
                      Respondent.                   :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

For the reasons stated on the record at the April 24, 2023 conference, the motion to quash filed by Movants Cooper Moore and Andrew Gillette is granted. The Clerk of Court is respectfully directed to close Docket Number 4 to close this case.

SO ORDERED.

Dated: April 25, 2023
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge